B1 (Official Form 1) (04/13)

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Nubisio Incorporated | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 27-4696669 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 11111 Sunset Hills Road, Suite 130 Reston, Virginia  ZIP CODE 20190 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: Fairfax | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE |
|---|

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)  Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Nubisio, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                 Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Nubisio, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X */s/ Ronald Gellert*<br>Signature of Attorney for Debtor(s)<br>Ronald S. Gellert<br>Printed Name of Attorney for Debtor(s)<br>Gellert Scali Busenkell & Brown, LLC<br>Firm Name<br><br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Address<br>302-425-5800<br>Telephone Number<br>08/06/2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Yousif Abood*<br>Signature of Authorized Individual<br>Yousif Abood<br>Printed Name of Authorized Individual<br>Chief Executive Officer<br>Title of Authorized Individual<br>08/06/2014<br>Date | _____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## **CORPORATE RESOLUTION**

I, Yousif Abood, the undersigned Chief Executive Officer of Nubisio, Incorporated (the "Company") hereby certifies that, on August 1, 2014, the following resolution was duly adopted by the Board of Directors of the Company and duly recorded in the minute books of the Company, and that they have not been amended, modified, or rescinded, and accordingly, are in full force and effect as of the date hereof.

**WHEREAS**, as a result of the financial condition of the Company, the Board has engaged counsel to provide advice to the Company regarding its obligations to its creditors, equity holders, employees and other interested parties; and

**WHEREAS**, the Board has reviewed and considered, among other things, the advice of its counsel, and has considered the options available to it, and has determined that, in its judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, employees and other interested parties that the Company voluntarily file a petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

**NOW THEREFORE,** it is hereby:

**RESOLVED,** that the filing by the Company of the Petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") substantially in the form previously presented to the Board is hereby approved, confirmed and adopted in all respects; and it is further

**RESOLVED**, that Yousif Abood be and hereby is authorized, empowered and directed to execute and file the Petition on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that Yousif Abood be and hereby is authorized, empowered and directed to execute and file all schedules, motions, lists, applications, pleadings, declarations, affidavits and other papers, or cause to be filed same, as required to accompany the Petition or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel and other professionals and to take and to perform any and all further acts and deeds that he deems necessary, proper or desirable in connection with the Company's chapter 11 case; and it is further

**RESOLVED**, that the Company is authorized to employ the law firm of Gellert Scali Busenkell & Brown, LLC as bankruptcy counsel to render legal services to, and to represent, the Company in its chapter 11 case and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Company is hereby authorized and directed to employ GAVIN/SOLMONESE LLC to provide financial advisory, brokerage and/or investment banking services to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code including but not limited to conducting an asset sale process, and to take any and all actions to advance the Corporation's rights and obligations, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of GAVIN/SOLMONESE LLC; and it is further

RESOLVED, that Yousif Abood, and such officers as he shall from time to time designate, be and each of them acting alone hereby is, authorized with full power of delegation, for and in the name and on behalf of the Company, to take any further actions necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that Yousif Abood, and such officers as he shall from time to time designate, be and each of them acting alone hereby is, authorized with full power of delegation, for and in the name and on behalf of the Company, to take any further actions necessary or desirable, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary) that in the judgment of Yousif Abood, and such officers as he shall from time to time designate, as shall become necessary and desirable to effectuate a successful reorganization of the Company; and it is further

RESOLVED, that any and all actions of any officer or director of the Company taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and hereby are, ratified, approved, and confirmed in all respects; and it is further

RESOLVED, that the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly consented to and adopted as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this resolution on behalf of the Company as of _1st_ day of August, 2014. This resolution may be executed in counterparts.

By: _____
Name: Yousif Abood
Title: Chief Executive Officer, Member of the Board

By: _____
Name: Jaime Garcia-Meza
Title: Member of the Board of Directors

By: _____
Name: Najaf Husain
Title: Member of the Board of Directors

By: _____
Name: Benjamin Nye
Title: Member of the Board of Directors

RESOLVED, that Yousif Abood, and such officers as he shall from time to time designate, be and each of them acting alone hereby is, authorized with full power of delegation, for and in the name and on behalf of the Company, to take any further actions necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that Yousif Abood, and such officers as he shall from time to time designate, be and each of them acting alone hereby is, authorized with full power of delegation, for and in the name and on behalf of the Company, to take any further actions necessary or desirable, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary) that in the judgment of Yousif Abood, and such officers as he shall from time to time designate, as shall become necessary and desirable to effectuate a successful reorganization of the Company; and it is further

RESOLVED, that any and all actions of any officer or director of the Company taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and hereby are, ratified, approved, and confirmed in all respects; and it is further

RESOLVED, that the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly consented to and adopted as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this resolution on behalf of the Company as of _1st_ day of August, 2014. This resolution may be executed in counterparts.

By: _____
Name: Yousif Abood
Title: Chief Executive Officer, Member of the Board

By: _____
Name: Jaime Garcia-Meza
Title: Member of the Board of Directors

By: _____
Name: Najaf Husain
Title: Member of the Board of Directors

By: _____
Name: Benjamin Nye
Title: Member of the Board of Directors

**RESOLVED,** that Yousif Abood, and such officers as he shall from time to time designate, be and each of them acting alone hereby is, authorized with full power of delegation, for and in the name and on behalf of the Company, to take any further actions necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that Yousif Abood, and such officers as he shall from time to time designate, be and each of them acting alone hereby is, authorized with full power of delegation, for and in the name and on behalf of the Company, to take any further actions necessary or desirable, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary) that in the judgment of Yousif Abood, and such officers as he shall from time to time designate, as shall become necessary and desirable to effectuate a successful reorganization of the Company; and it is further

**RESOLVED,** that any and all actions of any officer or director of the Company taken prior to the date hereof to carry out the purposes of the foregoing resolutions be, and hereby are, ratified, approved, and confirmed in all respects; and it is further

**RESOLVED,** that the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly consented to and adopted as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this resolution on behalf of the Company as of _1st_ day of August, 2014. This resolution may be executed in counterparts.

By: _____
Name: Yousif Abood
Title: Chief Executive Officer, Member of the Board

By: _____
Name: Jaime Garcia-Meza
Title: Member of the Board of Directors

By: _____
Name: Najaf Husain
Title: Member of the Board of Directors

By: _____
Name: Benjamin Nye
Title: Member of the Board of Directors

IN THE UNITED STATES BANKUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
Nubisio, Inc.,[1] ) Case No. 14-_____ (____)
        Debtor. )
_____)

## LIST OF CREDITORS HOLDING 20 LARGEST
## UNSECURED CLAIMS AGINST THE DEBTOR

      The debtor in this chapter 11 case (the "**Debtor**"), filed a voluntary petition in this Court on August 6, 2014 (the "**Petition Date**") for relief under chapter 11 of the title 11 of the United States Code, 11 U.S.C. §§ 101-1532.  The following is a list of the Debtor's twenty largest unsecured creditors (the "**Top 20 List**") based on the Debtor's books and records as of the Petition Date.  The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case.  The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor.

| Name of Creditor | Mailing Address | Nature of claim (trade debt, bank loan, government contracts, etc) | Indicate if claim is contingent, unliquidated, disputed or subject to set off | Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Yousif Abood | 11111 Sunset Hills Road, Suite 130 Reston, VA 20190 | Payroll, benefits | | $3,730.30 |
| IRS | P.O. Box 7346 Philadelphia, PA 19101 | Taxes | | Unknown |
| Amazon Web | 410 Terry Ave. North, Seattle, WA 98109 | Service provided | | Unknown |
| Dror Albo | 191 Hordy Place Rockville, MD 20852 | Severance | | Unliquidated |
| Alex Fishgait | 12001 Market Street, Apt. 217 Reston, VA 20198 | Severance | | Unliquidated |

---

[1] The last four digits of the Debtor's federal tax identification number are 6669.

| | | | | |
|---|---|---|---|---|
| Yaron Laufer | 12 Fire Princess Court, Rockville, MD 20850 | Severance | | Unliquidated |
| 11111 Sunset Hills Property | P.O. Box 416557 Boston, MA 02241-6557 | Rent, lease hold expenses | | $10,205.40 |
| Todd Frederick | 896 Fall Bridge Lane, Great Falls, VA 22066 | Expense reimbursement | | $720.00 |
| Cloudbearing Inc. | 12359 Sunrise Valley Drive, Suite 160, Reston, VA 20190 | Consulting | | $2,500.00 |
| Fitzgerald & Company | 919 N. Market Street, Suite 600 Wilmington, DE 19801 | Tax Services | | $1,503.50 |
| Halstead & Halstead | P.O. Box 223302 Chantilly, VA 20153 | Accounting Services | | $1,197.04 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nubisio, Inc.,[1] | ) | Case No. 14-_____ (____) |
|         Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| Holder | Name and Address of Owner(s) | Description of Equity Interest Owned |
|---|---|---|
| Jaime Garcia-Meza | 407 River Bend Rd. Great Falls, VA 22066 | Common Stockholder and Preferred Shareholder |
| Dror Albo | 191 Hordy Pace Rockville, MD 20852 | Common Stockholder |
| Yaron Laufer | 12 Fire Princess Ct., Rockville, MD 20850 | Common Stockholder |
| Bain Capital Venture Fund 2012, L.P. | 200 Clarendon Street Boston, MA 02116 | Preferred Shareholder |
| BCIP Venture Associates | 200 Clarendon Street Boston, MA 02116 | Preferred Shareholder |
| BCIP Venture Associates B | 200 Clarendon Street Boston, MA 02116 | Preferred Shareholder |
| Hussain Investment Partners III, LLC | 1059 Great Passage Blvd., Great Falls, VA 22066 | Preferred Shareholder |
| Diego Garcia-Meza | 407 River Bend Road, Great Falls, VA 22068 | Preferred Shareholder |
| Yousif Abood | 11111 Sunset Hills Road, Suite 130 Reston, VA 20190 | Common Stockholder |
| Adam Nelson | n/a | Common Stockholder |
| Alexander Fishgait | 12001 Market Street, Apt 217 Reston, VA 20190 | Common Stockholder |

---

[1] The last four digits of the Debtor's federal tax identification number are 6669.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nubisio, Inc.,[1] | ) | Case No. 14-_____ (____) |
|         Debtor. | ) | |
| | ) | |

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of entities that, directly or indirectly, own ten percent or more of the above-captioned debtor's equity interests. The list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. Bankr. P. 7007.1 for filing in this Chapter 11 case.

| Shareholder | Percentage of Ownership |
|---|---|
| Bain Capital Venture Fund 2012, L.P. | 24.78% (Shares of Series A Preferred) |

---

[1] The last four digits of the Debtor's federal tax identification number are 6669.